IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

vs.

Stephanie Amber Smith

Case No. WDQ-14-0109

\*\*\*\*\*\*

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by ___Julie Marie Reamy___, and the Government was represented by Assistant United States Attorney ___James G. Warwick___, it is

**ORDERED**, this ___14th___ day of October 2014, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

William D. Quarles, Jr.
United States District Judge