FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2014 OCT 16 PM 12:05
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

U.S. MARSHAL
BALTIMORE, MD
2014 MAR -7 AM 9:55

# UNITED STATES DISTRICT COURT
for the
District of Maryland

FILED
2014 MAR -7 AM 23
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

United States of America
v.
Stephanie Amber Smith
*Defendant*

Case No. WDQ-14-0109

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Stephanie Amber Smith                                                                     ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 1951(a) – Interference with Commerce by Robbery
18 U.S.C. § 924(c) – Possession of a Firearm in Furtherance of a Crime of Violence
18 U.S.C. 922(g)(1)- Possession of a Firearm by a Convicted Felon

Date:   March 6, 2014

*Issuing officer's signature*

Address: 101 W. Lombard Street
         Baltimore, Md. 21201

Beth P. Gesner, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 7-MAR-2014, and the person was arrested on *(date)* 10-14-14 at *(city and state)* BALTIMORE, MD. |
| Date: 10-14-14 |
| *Arresting officer's signature* |
| LIVINGSTONE O. NISBET    DUSM |
| *Printed name and title* |