# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

IN RE:

**MOTIONS FOR RELIEF UNDER 28 U.S.C. § 2255 PURSUANT TO** *JOHNSON V. UNITED STATES*, **__U.S.__, 135 S. Ct. 2551 (2015)**

NO. 14-cr-00109-WDQ

Stephanie Amber Smith

## MOTION FOR APPOINTMENT OF COUNSEL

The Office of the Federal Public Defender has determined that the defendants whose names appear in the attached document (Attachment B) are eligible for relief under 28 U.S.C. § 2255 in light of *Johnson v. United States*, __ U.S. __, 135 S. Ct. 2551 (2015).  Accordingly, pursuant to 18 U.S.C. § 3006A(a)(2)(B) and (c), undersigned counsel respectfully requests that this Court appoint the Office of the Federal Public Defender to represent these defendants in their 28 U.S.C. § 2255 proceedings.

Respectfully submitted,

JAMES WYDA
Federal Public Defender for the District of Maryland

March 17, 2016            */s/ Paresh Patel*
PARESH PATEL
Appellate Attorney
Office of the Federal Public Defender
6411 Ivy Lane, Suite 710
Greenbelt, Maryland   20770
Telephone: (301) 344-0600   Fax: (301) 344-0019
Email: paresh_patel@fd.org

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN RE:

| | |
|---|---|
| MOTIONS FOR RELIEF UNDER 28 U.S.C. § 2255 PURSUANT TO *JOHNSON V. UNITED STATES*, __U.S.__, 135 S.Ct. 2551 (2015) | NO. 14-cr-00109-WDQ<br><br>Stephanie Amber Smith |

## ORDER FOR APPOINTMENT OF COUNSEL

The Office of the Federal Public Defender has determined that the 127 defendants whose names are listed in Attachment B may be eligible for relief under 28 U.S.C. § 2255 in light of *Johnson v. United States*, __ U.S. __, 135 S.Ct. 2551 (2015). Accordingly, pursuant to 18 U.S.C. § 3006A(a)(2)(B) and (c), it is ORDERED that the Federal Public Defender for the District of Maryland is hereby appointed to represent the defendants listed in Attachment B in 28 U.S.C. § 2255 proceedings, including the above-named defendant.

IT IS SO ORDERED THIS 28th day of March, 2016.

_____
Catherine C. Blake, Chief Judge
United States District Court

1